**Order entered December 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01459-CV

### SANTANDER CONSUMER USA, INC., Appellant

### V.

### PALISADES COLLECTION LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14916**

## ORDER

We **GRANT** appellant's December 19, 2013 unopposed motion for extension of time to file brief and **ORDER** the brief filed no later than January 13, 2014.  No further extensions will be granted absent exigent circumstances.


/s/      ELIZABETH LANG-MIERS
         JUSTICE